**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| JOSHUA PETER LINDSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:13-cv-00390-JMS-WGH |
| | ) | |
| BENJAMIN SCOTT, | ) | |
| RICHARD BROWN, | ) | |
| Defendants. | ) | |

**Entry Discussing Pending Motions**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff=s motion to proceed *in forma pauperis* [dkt. 5] is **granted.** The assessment of even a partial filing fee is not feasible at this time.

2. The plaintiff's motion for production of video footage and photographs pursuant to Rule 34 of the *Federal Rules of Civil Procedure* [dkt. 6] is **denied** because it is premature and because routine discovery requests are exchanged between the parties, not filed with the Court.

3. The plaintiff's motion for preliminary injunction seeks an immediate transfer to another prison. The Court lacks the authority to order a transfer to another prison. *See Bell v. Wolfish*, 441 U.S. 520, 547-48 (1979) (prison officials are given wide-ranging deference regarding the day-to-day operation of the prison); *Williams v. Faulkner*, 837 F.2d 304, 309 (7th Cir. 1988) (Generally, "[a]bsent some statutory or regulatory provision that clearly limits prison officials in the exercise of their discretion, a prisoner may be transferred for any reason, or for no reason at all."). Therefore, the plaintiff's motion for preliminary injunction [dkt. 7] is **denied.**

**IT IS SO ORDERED.**

Date: 11/07/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

JOSHUA PETER LINDSEY
DOC 112177
Wabash Valley Correctional Facility
Electronic Service Participant -- Court Only